# Court of Appeals
# of the State of Georgia

ATLANTA,__January 12, 2017_____

*The Court of Appeals hereby passes the following order:*

**A16A2085. BARNES v. THE STATE.**

The appellant, Boyzie Barnes, represented to this Court that his appeal from the dismissal by the Superior Court of Muscogee County of Motion for Retrieval of Personal Property would be moot if the State remitted $1202 to his designated agent, as agreed between the parties. On December 8, 2016, this Court directed the representative of the State to advise the Court in writing when the currency has been disbursed. On December 19, 2016, the State filed a Proof of Release of Property. All matters at issue in Barnes's appeal having been resolved, this case is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/12/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*